**Electronically Filed
Supreme Court
SCPR-20-0000069
27-FEB-2020
11:39 AM**

SCPR-20-0000069

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE KAORU KASHIWAGI, Petitioner.
(Foreign Law Consultant)

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION</u>
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon review of the February 12, 2020 petition submitted to this court, made on behalf of Kaoru Kashiwagi, licensed in this jurisdiction as a Foreign Law Consultant pursuant to Rule 14 of the Rules of the Supreme Court of the State of Hawaiʻi, requesting permission to resign his Foreign Law Consultant license, the declaration concerning his desire to resign, the affidavits from the Hawaiʻi State Bar Association, the Office of Disciplinary Counsel, and the Lawyers' Fund for Client Protection, averring to his good standing with those organizations, and this court's inherent power to oversee the licensing of the practice of law in this jurisdiction, <u>see</u> <u>Akinaka v. Disciplinary Board of Hawaiʻi Supreme Court</u>, 91 Hawaiʻi 51, 57, 979 P.2d 1077, 1083 (1999),

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that the clerk of this court shall remove Mr. Kashiwagi's name from the role of active Foreign Law Consultants in this jurisdiction.

DATED: Honolulu, Hawaiʻi, February 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson